# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                        Case Number: 4:23−cr−00254

D'Montre Green

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to D'Montre Green as set forth below.**

**Before the Honorable George C Hanks, Jr**

**PLACE:**
Courtroom 9C
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 5/20/2024

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Sentencing

Date: March 5, 2024                                       Nathan Ochsner, Clerk