United States District Court
Southern District of Texas
**ENTERED**
June 24, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL CASE: 4:2023-CR-00254-1 |
| | § |
| D'MONTRE GREEN | § |

### ORDER TO SURRENDER

The defendant, **D'Montre Green   USMS #71717-510**

having been sentenced to the custody of the Bureau of Prisons, is ORDERED to

surrender on **Wednesday, July 24th, 2024 by 2:00 p.m.** to:

FCI BEAUMONT LOW
5560 KNAUTH ROAD
BEAUMONT, TX  77705
409-727-8172

SO ORDERED on June__24__, 2024 in Houston, Texas.

_____
George C Hanks, Jr.
UNITED STATES DISTRICT JUDGE